UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Francisco J. Ferrufino, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:10-cv-01070 |
| Vigor Restaurant, LLC, et al., ) | Hon. Robert L. Wilkins |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM THE
FINAL ORDER DISMISSING THE CLAIMS OF MARVIN HERCULES**

Upon consideration of Plaintiff Marvin Hercules's Motion for Relief from the Final Order Dismissing the Claims of Marvin Hercules, (Doc. 90, 92), the papers submitted in support and opposition thereto, the testimony presented at the October 16, 2012, hearing on this motion, and the entire record in this case, the motion is hereby GRANTED for the reasons stated in open court on April 29, 2013.

It is hereby ORDERED that:

1) The portion of paragraph one of the Court's December 21, 2011, Order, (Doc. 86), dismissing the claims of Mr. Hercules for failure to prosecute is VACATED;

2) Mr. Hercules shall be PERMITTED to continue to prosecute his claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and the District of Columbia Minimum Wage Revision Act, DC Code § 31-1000 et seq., set forth in Plaintiff's June 25, 2010, Complaint, (Doc. 1) as amended in Plaintiff's May 6, 2011, Amended Complaint, (Doc. 57);

3) The statute of limitations on the claims set forth in paragraph 2, above, is TOLLED as of June 25, 2010;

1

4) The Court FURTHER ORDERS the parties to meet and confer as follows with respect to the amount of attorney's fees and costs incurred in the prosecution of this motion that shall be AWARDED to Plaintiff:

   a. By no later than May 30, 2013, Plaintiff, through counsel, shall submit an itemized list of fees and costs associated with the prosecution of this motion to counsel for Defendants;

   b. If Defendants object to any of the fees or costs set forth in Plaintiff's itemized list, within 20 days of receipt of that list, Defendants, though counsel, shall notify Plaintiff's counsel of their objection(s) in writing.  In so doing, the Defendants shall set forth the specific objections and reasons for the objections to the challenged amounts;

   c. Within 20 days of submitting any written objections, counsel for the parties shall meet in person and confer in good faith in an attempt to resolve the matter;

   d. In the event that disputes over the fees and costs to be awarded to Plaintiff are not fully resolved within 20 days of Plaintiff's counsel's receipt of Defendants' written objections, if any, the parties shall file a Joint Status Report and submit it to Court within that 20-day period.

IT IS SO ORDERED.

_____
The Honorable Robert L. Wilkins

Dated: May 3, 2013