**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Francisco J. Ferrufino, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:10-cv-01070 |
| Vigor Restaurant, LLC, et al., ) | Hon. Robert L. Wilkins |
| ) | |
| Defendants. ) | |
| ) | |

**FINAL ORDER**

Upon consideration of the pending motions and the entire record, the Court hereby rules as follows:

1. The parties' Joint Motion to Approve the Settlement [119] is hereby GRANTED. The Court determines that the June 2013 Agreement between Plaintiff Marvin Hercules and Defendants Vigor Restaurant, LLC, RC CT Avenue Restaurant LLC, and Chong Wook Chon (collectively, "**Defendants**" or "**Epicurean**") is fair and reasonable. The Court accordingly APPROVES that Agreement in the form submitted to Court and DISMISSES Mr. Hercules's claims for overtime wages and liquidated damages WITH PREJUDICE.

2. In accordance with the Court's Findings of Facts made at the April 29, 2013 hearing, in accordance with the reasons set forth at the July 15, 2013 hearing, and in light of the parties' Joint Report on the Award of Fees Incurred in Plaintiff Hercules's Rule 60 Motion and the record as a whole, the Court AWARDS Plaintiff Hercules fees and costs of $40,000.

3. The Clerk of Court is hereby directed to CLOSE the case.

IT IS SO ORDERED.



_____
The Honorable Robert L. Wilkins

Date: July 15, 2013